UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEREMY DANIEL CAIN,

    Plaintiff,

v.                                            Case No. 1:21-cv-517
                                                  Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**JUDGMENT**

        In accordance with the Order filed this date, Judgment is entered in favor of plaintiff, Jeremy Daniel Cain, and against defendant.

        **IT IS SO ORDERED**.

Dated:  June 2, 2023                                                /s/ Ray Kent
                                                                         RAY KENT
                                                                         United States Magistrate Judge